IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:08cv131-DCK

| | |
|---|---|
| RAYMOND HANSEN and LOUANN HANSEN ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| FREEDOM MOBILITY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Robert M. Tatum's Application for Admission to Practice *Pro Hac Vice* of Andrew K. Chafin. It appearing that Andrew K. Chafin is a member in good standing with the West Virginia Bar and will be appearing with Robert M. Tatum, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Robert M. Tatum's Application for Admission to Practice *Pro Hac Vice* (Document #22) of Andrew K. Chafin is **GRANTED**, and that Andrew K. Chafin is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Robert M. Tatum.

Signed: August 20, 2009

David C. Keesler
United States Magistrate Judge