# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:08-CV-131-DCK

| | |
|---|---|
| RAYMOND HANSEN and LOUANN HANSEN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     **ORDER**<br>) |
| FREEDOM MOBILITY, INC., JM SMITH CORPORATION d/b/a SMITH DRUG COMPANY and SUNRISE MEDICAL HHG., INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. §636(c), and there are motions pending before the Court that are ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for parties shall appear before the undersigned on **April 22, 2010,** for a Status and Motions Hearing, prepared to discuss the status of the case and to argue any pending motions. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS FURTHER ORDERED** that Plaintiffs and Defendants shall each file a concise (five pages or less) update on the status of the case and their positions on the pending motions on or before **April 16, 2010**.

Signed: March 30, 2010

David C. Keesler
United States Magistrate Judge