# United States District Court
# For The Western District of North Carolina
# Statesville Division

RAYMOND HANSEN and
LOUANN HANSEN,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                      5:08CV131

FREEDOM MOBILITY, INC., and
SUNRISE MEDICAL HHG, INC.

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/27/10 Orders.

                                              Signed: September 27, 2010

                                              Frank G. Johns, Clerk
                                              United States District Court